[No. 16726-7-III.    Division Three.    June 29, 1999.]

THE STATE OF WASHINGTON, *Petitioner*, v. EMERY N. KRAHN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-01973-0, Greg D. Sypolt, J., entered June 17, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[No. 17159-1-III.    Division Three.    June 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANE A. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 97-1-00199-2, Jack Burchard, J., entered December 16, 1997. *Remanded* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 17216-3-III.    Division Three.    June 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOPHER W. RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-8-01357-3, Neal Q. Rielly and Greg D. Sypolt, JJ., and Royce Moe, J. Pro Tem., entered January 6 and 7, and March 4, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 17586-3-III.    Division Three.    June 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES McDONALD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 98-1-00001-3, Jack Burchard, J., entered June 12, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.